Case: 1:19-cv-01754 Document #: 1 Filed: 03/13/19 Page 1 of 1 PageID #:1
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]
MMA

RECEIVED
MAR 13 2019 KD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff
Dennis Bynum
v.

1:19-cv-01754
Judge John J. Tharp, Jr.
Magistrate Judge Jeffrey T. Gilbert

Defendant
Prendo Forensics
Oakbrook Terrace
Police Dept

COMPLAINT

On March 28 2017 I was pulled over by OBTPD because of my tinted windows. After running my name my liscense came up suspended The officer then asked if they could search my vehicle I was more than Compliant. After searching my vehicle he then came to police car where he had me detained inside and informed me off a substance known as MDMA was found in my vehicle. I was arrested on a 100,000 bond and facing serious felony charges. After sitting in Dupage County Jail for 4 mths I was released and charged with nothing Because the MDMA was all of a sudden 0.3 grams of cannibus I lost my Job, car, house because I was locked up for a Class A Misdemeanor for 4mths because of an faulty Field Test Drug Kit

Dennis Bynum
3711 South Vincennes Ave Apt 307
Chicago Ill 60653      3/13/19